**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JOHN DOE,

    Plaintiff,

v.                                       Case No:   6:25-cv-779-WWB-LHP

STERLING INFOSYSTEMS, INC.,

    Defendant

---

**ORDER**

    Before the Court is Plaintiff's Motion for Leave to File Under Seal. Doc. No. 5. Plaintiff seeks to file under seal his disclosure statement required by Local Rule 3.03 and evidence in support of a forthcoming motion to proceed pseudonymously, stating that he wishes to keep his identity anonymous given the nature of this case. *Id.* Although Plaintiff provides general legal standards for motions to seal, however, Plaintiff provides no legal authority supporting his precise request for relief, and that withholding his identity is appropriate given the allegations of the complaint. *Id.* Cf. *Doe v. Corp. Sec. Sols., Inc.*, 751 F. Supp. 3d 609, 616 (E.D.N.C. 2024); *Doe v. RealPage, Inc.*, No. 1:24-CV-00885-JRR, 2024 WL 2863545, at *5 (D. Md. June 6, 2024); *Doe v. First Advantage Background Servs. Corp.*, 699 F. Supp. 3d 739, 747

(S.D. Ind. 2023); *Doe v. Rentgrow, Inc.*, No. 2:23-cv-00860-ART-EJY, 2023 WL 6541998, at *2 (D. Nev. Aug. 3, 2023).

Accordingly, the motion (Doc. No. 5) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of the date of this Order, which must provide citation to legal authority demonstrating that the request to seal the specific documents at issue is warranted under governing law. Alternatively, on or before this same deadline, Plaintiff shall file an amended complaint in his true name, along with the Local Rule 3.03 disclosure statement on the public docket.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties