**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KENNETH MITCHELL GROSS,

      Plaintiff,

v.                                    Case No:   6:25-cv-779-WWB-LHP

STERLING INFOSYSTEMS, INC.,

      Defendant

---

**ORDER**

This cause comes before the Court following a Case Management Conference pursuant to the Inexpensive Determination, Efficient, and Abbreviated Litigation (IDEAL) Program, held today.  Doc. Nos. 6, 15.  As discussed with the parties at the Conference, it is **ORDERED** that within **seven (7) days** of the date of this Order, the parties shall either file a fully executed Stipulated Consent to the IDEAL Program and Magistrate Judge Authority signed by all parties (unilateral consents should not be filed) or submit the standard Case Management Report.  *See* Doc. No. 6 ¶ 4.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record